# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:16-CV-00208-GCM

| | |
|---|---|
| U.S SECURITIES AND EXCHANGE COMMISSION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** |
| GEORGE A. MOORE, | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the Court on its own motion. On May 3, 2016 the U.S. Securities and Exchange Commission ("SEC") filed a complaint against Defendant George A. Moore. (Doc. No. 1) The SEC also filed a settlement agreement by which Defendant consented to the entry of partial judgment against him. (Doc. No. 2) Accordingly, partial judgment was issued on May 12, 2016. On August 4, 2016, the SEC filed a Motion for Entry of Judgment under Rule 54(b), seeking the imposition of a $75,000 fine. (Doc. No. 9) Defendant, proceeding *pro se*, responded by letter. (Doc. No. 13) In his letter, Defendant claims to live in a rented home on a fixed income of $3,000 per month. (*Id.*) He further claims to have filed a financial document with the SEC detailing his income and bank statements, as well as the fact that he owns no property or stocks. (*Id.*) It appears to the Court that supporting factual information is necessary to make the determination of final judgment in this matter.

**IT IS THEREFORE ORDERED** that Defendant fill out a financial affidavit and return it to the Court on or before **October 3, 2016. Failure to file a timely financial affidavit may lead to the entry of judgment against this Defendant without further notice.**

It is further ordered that the SEC disclose to the Court any factual information in its possession regarding Defendant's current financial condition by the same date.

The Clerk of Court is directed to send a copy of this Order, and a financial affidavit, to the last two addresses that Defendant provided to the SEC:

1821 Hillandale Road

Box 1B-279

Durham, NC  27705


7003 Old Trail Dr.

Durham, NC  27712-8961

**SO ORDERED.**

Signed: September 16, 2016

Graham C. Mullen
United States District Judge